01
02
03
04

05                UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON
06                          AT SEATTLE

07  DANIEL JEREMIAH SIMMS,           )   CASE NO.: C07-1407-MJP-MAT
                                     )
08          Petitioner,              )
                                     )   ORDER GRANTING
09       v.                          )   RESPONDENT'S SECOND MOTION
                                     )   FOR EXTENSION OF TIME TO FILE
10  HAROLD CLARKE,                   )   ANSWER
                                     )
11          Respondent.              )
    _____)
12

13       Now before the Court is Respondent's second motion for an extension of time to answer

14  to Petitioner's § 2254 habeas petition.  Respondent's counsel indicates that although she has

15  received Petitioner's files from both the Washington Supreme Court and the Court of Appeals,

16  those files do not contain Petitioner's superior court record. (Dkt. # 10 at 2.) Respondent's

17  counsel has requested the superior court record from the King County Prosecutor's Office, and

18  therefore seeks an extension of time until June 18, 2008, to allow counsel adequate time to receive

19  and review the record and to adequately respond to the issues raised by Petitioner.  Having

20  reviewed the motion and the balance of the record, the Court does hereby ORDER:

21       (1)  Respondent's Second Motion for Extension of Time to Answer Petition (Dkt. #10)

22  is GRANTED. Respondent's Answer to Petitioner's § 2254 habeas petition shall be due on or

ORDER GRANTING RESPONDENT'S SECOND
MOTION FOR EXTENSION OF TIME TO FILE
ANSWER
PAGE -1

before June 18, 2008.

**No further extensions of time to answer Petitioner's § 2254 habeas petition will be granted without a showing of good cause.**

(2) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Honorable Marsha J. Pechman.

DATED this <u>4th</u> day of June, 2008.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING RESPONDENT'S SECOND
MOTION FOR EXTENSION OF TIME TO FILE
ANSWER
PAGE -2